IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICIA KEARSE, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | : | |
| Administration | : | No. 15-4013 |

**O R D E R**

**AND NOW**, this 19th day of October, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Request for Review of Plaintiff, and Plaintiff's Reply and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, Defendant's Objections thereto and Plaintiff's Response to the Objections, **I HEREBY ORDER** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. Plaintiff's Request for Review is **GRANTE**D, and the decision of the Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and Recommendation.

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

                                                           /s/ J. William Ditter, Jr.
                                                          J. WILLIAM DITTER, JR., J.